IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BURT LEON SETTS,**

      Petitioner,

v.                                        Case No. 4:14cv162-MW/CAS

**JULIE L. JONES, Secretary,**
**Florida Department of Corrections,**

      Respondent.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11 Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The amended § 2254 petition for writ of habeas corpus, ECF No. 4, is **DISMISSED**. A certificate of appealability is **DENIED**, and leave to appeal *in forma pauperis* is **DENIED**. The Clerk shall

1

substitute Julie L. Jones for Michael D. Crews as Respondent." The Clerk shall close the file.

**SO ORDERED on April 14, 2016.**

<u>**s/Mark E. Walker**</u>        ____
**United States District Judge**